United States District Court
Southern District of Texas

**ENTERED**
July 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **ANA MONTALVAN-VAZQUEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01070** |
| | § | |
| **ORLANDO PEREZ,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

Pending before the Court is Ana Montalvan-Vazquez's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), challenging the lawfulness of her detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS). In the petition, Petitioner alleges that she recently entered the United States on February 3, 2026, and has been detained for over four months. (*Id.* at 1.)

The Court ordered Respondents to respond to the petition on or before June 17, 2026, and ordered Petitioner to file a reply to Respondents' response on or before June 22, 2026. (Dkt. 4.) Respondents filed a timely response and Motion for Summary Judgment, (Dkt. 6), and Petitioner failed to file a timely reply, (*see* Dkt. 7). On June 30, 2026, Petitioner filed the reply, stating that "Petitioner entered the U.S., subsequently detained, released, and detained again." (*Id.* at 2.) Furthermore, Petitioner indicates that she "was previously released on recognizance." (*Id.* at 6.)

In light of the information before the Court, Petitioner is **ORDERED** to file an advisory **on or before July 6, 2026**, clarifying the date Petitioner was detained by immigration authorities and whether Petitioner was ever released from immigration custody after entering the United States

1 / 2

on February 3, 2026. If the Court does not receive a response, the Court may dismiss the case because it does not have enough information to rule on the pending motion.

IT IS SO ORDERED.

SIGNED this July 1, 2026.

Diana Saldaña
United States District Judge