United States District Court
Southern District of Texas

**ENTERED**

August 10, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| ANA MONTALVAN-VAZQUEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-01070 |
| | § | |
| ORLANDO PEREZ, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Pending before the Court is Petitioner Ana Montalvan-Vazquez's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), challenging the lawfulness of her detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS). Petitioner entered the United States on or about February 3, 2026, and was apprehended upon entry. (*Id.* at 1; Dkt. 9 at 1.) On April 1, 2026, Petitioner was served with a Notice to Appear and placed in removal proceedings. (Dkt. 6 at 2.) Thereafter, Petitioner was ordered removed and filed an appeal of the IJ's decision which remains pending with the Board of Immigration Appeals (BIA). (*See* Dkt. 9 at 2.) She has remained detained for approximately six months since being apprehended by immigration officials and remains detained while her appeal is pending. (*Id.*) Petitioner filed her Petition for Writ of Habeas Corpus on June 10, 2026, claiming that her detention violates her Fifth Amendment right to Due Process. (Dkt. 1.)

With no set date for the BIA to decide her case, Petitioner may face months of detention while she awaits the BIA's decision. (*See* Dkt. 9 at 2.) Accordingly, if the BIA decides Petitioner's

1 / 2

case the Parties are **ORDERED** to **FILE** a status report **within ten days** of the BIA entering a decision, informing the Court of the result and how this case should proceed.

     **IT IS FURTHER ORDERED** that if the BIA has not issued a decision **by Thursday December 3, 2026**, the Parties shall **FILE** a status report informing the Court of the status of Petitioner's case **by Monday December 7, 2026**.

     IT IS SO ORDERED.

     SIGNED this August 10, 2026.

Diana Saldaña
United States District Judge